JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual, ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AGROCK RIVERSIDE DRIVE, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-05303-PA-KS<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Having considered the Parties' stipulation, and good cause shown, IT IS HEREBY ORDERED: that this case is Dismissed with prejudice. Each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: January 21, 2021

_____
United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE**

1